# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Chip Rice and Linda Rice, | Civil No. 10-3830 (RHK/JJK) |
| Plaintiffs, | **ORDER DISMISSING** |
| vs. | **DEFENDANT TALITHA DAVEY** |
| Greenhaven Group, LLC, James Corriveau, Tammy Hanson, Talitha Davey, | |
| Defendants. | |

_____

Pursuant to Plaintiffs' Notice of Dismissal (Doc. No. 17), **IT IS ORDERED** that all claims against Defendant Talitha Davey are **DISMISSED WITHOUT PREJUDICE**.

Dated: November 29, 2010

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge